Stephen Labiak (SBN: 267138)
Law Offices of Stephen Labiak
1222 West Shaw Avenue
Fresno, California 93711
Tel: (559) 274-5145
Fax: (559) 221-5358
E-Mail: Stephen@labiaklaw.com

Attorney for: Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>Arlene Marie Gonzales<br><br><br><br>                        Debtor(s). | Case No.: 20-10595<br><br>DC No:     SLL-3<br><br>Chapter 13<br><br>NOTICE OF APPLICATION FOR ALLOWANCE OF PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330<br><br>☒ INTERIM APPLICATION<br><br>☐ FINAL APPLICATION<br><br>DATE:    June 10, 2020<br>TIME:    9:30 a.m.<br>PLACE:  2500 Tulare Street<br>Courtroom 13, 5th Floor, Dept. B<br>Fresno, CA 93721<br><br><br>JUDGE: Rene Lastreto II |

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and/or expense application(s):

1. Application Information: ☐ See attached page for information on additional applicants.

| | | |
|---|---|---|
| a. | Name of Applicant (specify): | Stephen L. Labiak |
| b. | Amount of fees requested: | $5695 |
| c. | Amount of costs requested: | $84.20 |

1

| d.   Address of Applicant (specify): | 1222 W. Shaw Ave, Fresno, CA 93711 |
|---|---|

*(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(1) and the Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

YOU ARE FURTHER NOTIFIED that under LBR 9014-1, opposition, if any, to the motion is required to be filed 14 calendar days prior to the motion. LBR 9014-1 requires that the opposition be in writing. Without good cause, no party shall be heard in opposition to a motion at oral argument unless they filed a timely written opposition to the motion. Opposition should be accompanied by evidence establishing the factual allegations. The opposition shall specify whether the responding party consents to the Court's determination of disputed material factual issues pursuant to F.R.B.P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to F.R. Civ.P 43(e). Opposition must be served on the following:

LAW OFFICES OF
Stephen L. Labiak
1222 West Shaw Avenue
Fresno, CA 93711

U.S. TRUSTEE
U.S. COURTHOUSE
2500 TULARE ST., RM. 1401
FRESNO, CA 93721

If opposition is presented, or there is good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

Anyone interested in attending the hearing can determine whether the court has issued a tentative ruling, can view any pre-hearing disposition by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing disposition prior to the hearing.

Dated: May 7 2020

_____
Stephen L. Labiak
Attorney for the Debtor