Stephen Labiak (SBN: 267138)
Law Offices of Stephen Labiak
1222 West Shaw Avenue
Fresno, California 93711
Tel: (559) 274-5145
Fax: (559) 221-5358
E-Mail: Stephen@labiaklaw.com

Attorney for: Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

Arlene Marie Gonzales

　　　　Debtor

Case No: 20-10595

Chapter 13

DC NO. SLL-3

DECLARATION OF ARLENE GONZALES RE FEE APPLICATION

Date: June 10, 2020
Time: 9:30 a.m.
Place: 2500 Tulare Street, Courtroom 13
5th Floor, Department B
Fresno, CA 93721
Judge: Hon. Rene Lastreto II

I, Arlene Gonzales, declare:

1. I filed a voluntary Petition under Chapter 13 in the United States bankruptcy Court on February 20, 2020. The Law Offices of Stephen Labiak is the attorney of record for me in the Chapter 13 case. I retained Stephen Labiak to represent us in a Chapter 13 case and help me resolve my debtor-creditor problems.

2. I incurred unsecured and secured debt before I filed my Chapter 13 case. I filed my case initially on a pro per basis. Once I filed my case, I sought out The Law Offices of Stephen Labiak to help me complete the bankruptcy process.

3. I filed a Chapter 13 Plan on March 16, 2020. The Plan provided for payment of

$325.20 per month to the Chapter 13 Trustee beginning February 2020. I am current on the plan based on this payment amount. A modified plan will be filed concurrently that will change this payment.

4. The Law Offices of Stephen Labiak is seeking Authorization from the Bankruptcy Court for the Trustee to pay $5779.20 to it as compensation for services rendered and cost advanced by the firm from 3/12/20 through 4/27/20 through its First Application for Allowance of Fees and Expenses filed by Debtor's Attorney in Chapter 13 Case.

5. I have reviewed the First Application and have determined that the First Application reflects the services rendered and costs advanced by the Law Offices of Stephen Labiak in the case from 3/12/20 through 4/27/20.

6. I have no objection to the Bankruptcy Court approving the First Application and Authorizing the Chapter 13 Trustee to pay $5779.20 to the Law Offices of Stephen Labiak. Payment of the fees and Expenses requested by the Law Offices of Stephen Labiak will not affect the feasibility of the Plan. This is true because there is $9000 available in the Amended/Modified Plan for payment to the Law Offices of Stephen Labiak.

7. The foregoing statements are within my personal knowledge and I can testify competently thereof if called as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 30 2020

*Arlene Gonzales*
Arlene Gonzales, Debtor