3

Stephen L. Labiak #267138
Attorney for Debtors
1222 West Shaw Avenue
Fresno, California 93711
Telephone: (559) 274-2868
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-10595B-13<br>Chapter 13<br>DC No. SLL-3 |
| ARLENE MARIE GONZALES, | Date: June 10, 2020<br>Time: 9:30 a.m.<br>Place: 2500 Tulare St.<br>Courtroom 13, 5th Floor<br>Department B<br>Fresno, CA 93721 |
| Debtor / | Judge: RENE LASTRETO II |

CERTIFICATE OF SERVICE

I, hereby declare under penalty of perjury that I am a citizen of the United States, employed in the United States, County of Fresno, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1222 West Shaw Avenue, Fresno, California 93711.
On the date below I served the within:

1. NOTICE OF APPLICATION FOR ALLOWANCE OF PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. SECTION 331 OR SECTION 330;
2. APPLICATION FOR PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. SECTION 331 OR SECTION 330;
3. DECLARATION OF STEPHEN LABIAK IN SUPPORT OF FIRST APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY DEBTOR'S ATTORNEY IN CHAPTER 13 CASE;
4. DECLARATION OF ARLENE M. GONZALES IN SUPPORT OF FIRST APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY DEBTOR'S ATTORNEY IN CHAPTER 13 CASE;
5. DEBTOR'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORTING FEE APPLICATION; and
6. EXHIBITS IN SUPPORT OF FEE APPLICATION

I served these documents on all interested parties by First Class Mail Postage Prepaid:

SEE PAGES 2 AND 3 ATTACHED OF PACER LIST OF CREDITORS.
I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/7/2020

                            -1-    *Linda Fellner* (signature)
                                  Linda Fellner

```
Label Matrix for local noticing        Bank of America                        Bank of America N A
0972-1                                  4909 Savarese Circle                   PO Box 31785
Case 20-10595                           Tampa FL 33634-2413                    Tampa FL 33631-3785
Eastern District of California
Fresno
Thu Mar 26 10:19:44 PDT 2020

Bank of America N.A.                    Barclays Bank Delaware                 CalHFA
TIFFANY & BOSCO P.A.                    PO Box 8803                            PO Box 5678
1455 Frazee Rd #820                     Wilmington DE 19899-8803               Riverside CA 92517-5678
San Diego, CA 92108-4395

Capital One N.A.                        Capital One Walmart                    City of Visalia
4515 N Santa Fe Ave                     PO Box 30281                           315 E Acequia Ave
Oklahoma City, OK 73118-7901            Salt Lake City UT 84130-0281           Visalia CA 93291-6341

(p)DISCOVER FINANCIAL SERVICES LLC      FNB of Omaha                           (p)PERI GARITE
PO BOX 3025                             PO Box 3412                            ATTN CARD WORKS
NEW ALBANY OH 43054-3025                Omaha NE 68103-0412                    101 CROSSWAYS PARK DR W
                                                                               WOODBURY NY 11797-2020

Arlene Marie Gonzales                   JPMCP Card Services                    Kohls
4130 W School Ave                       PO Box 15369                           PO Box 3115
Visalia, CA 93291-5443                  Wilmington DE 19850-5369               Milwaukee WI 53201-3115

Stephen L. Labiak                       Michael H. Meyer                       Office of the U.S. Trustee
1222 West Shaw Avenue                   PO Box 28950                           United States Courthouse
Fresno, CA 93711-3706                   Fresno, CA 93729-8950                  2500 Tulare Street, Room 1401
                                                                               Fresno, CA 93721-1326

SLS LLC c o Affinia Default Services LL SLS Loan Servicing                     SPECIALIZED LOAN SERVICNG LLC
301 E Ocean Blvd 1720                   PO Box 636005                          PO Box 636005
Long Beach CA 90802-8813                Littleton                              Littleton CO 80163-6005
                                        Littleton CO 80163-6005

SYNCB Amazon                            SYncb Care Credit                      (p)DEPARTMENT OF HEALTH CARE SERVICES
PO Box 965015                           PO Box 965036                          OFFICE OF LEGAL SERVICES MS 0010
Orlando FL 32896-5015                   Orlando FL 32896-5036                  ATTN STEVEN A OLDHAM STAFF ATTORNEY
                                                                               PO BOX 997413
                                                                               SACRAMENTO CA 95899-7413

Syncb Lowes QVC                         Synchrony Bank                         TD Bank
PO Box 965005                           c/o PRA Receivables Management, LLC    PO Box 1470
Orlando FL 32896-5005                   PO Box 41021                           Minneapolis MN 55440-1470
                                        Norfolk, VA 23541-1021

The Ryan Firm                           Tiffany Bosco PA                       Robert P. Zahradka
30 Corporate Park 310                   1455 Frazee RD 820                     1455 Frazee Road, Suite 820
Irvine CA 92606-5130                    San Diego CA 92108-4395                San Diego, CA 92108-4395
```

Zwicker Associates
1320 Willow Pass Road 730
Concord CA 94520-5280

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discovery Bank
PO Box 30943
Salt Lake City UT 84130

First National Bank of Omaha
1620 Dodge St Stop Code 3129
Omaha, NE 68197

State of California
PO Box 942850
Sacramento CA 95816

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Bank of America N.A.
PO Box 31785
Tampa, FL 33631-3785

(d) Peri Garite Attn Card Works
101 Crossways Park DR W
Woodbury NY 11797-2020

End of Label Matrix
Mailable recipients    30
Bypassed recipients     2
Total                  32